## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES--GENERAL**

Case No.  **5:26-cv-01156-DTB**                          Date: **May 5, 2026**

Title:  **Maria Rodriguez v. Target Corporation, et al**
========================================================

**DOCKET ENTRY**
========================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

Rachel Maurice                                              n/a
Deputy Clerk                                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:        ATTORNEYS PRESENT FOR DEFENDANT(S):
None present                                        None present

**PROCEEDINGS: (IN CHAMBERS) ORDER REGARDING PLAINTIFF'S MOTION TO REMAND [DOCKET NO. 12]**

On April 2, 2026, Plaintiff filed a Motion to Remand Case to San Bernardino Superior Court ("Motion").  (Docket No. 12).  After reviewing the Motion, the Court has determined that the same can be ruled upon on the papers submitted without a hearing.  As such, the hearing noticed for May 14, 2026, is taken off calendar.

**IT IS SO ORDERED**.

MINUTES FORM 11                                  Initials of Deputy Clerk  RAM
CIVIL-GEN